UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and STATESBORO DIVISIONS

| | |
|---|---|
| IN RE: ) | Case Nos. CR123-062, USA v. Skillman |
| OF ABSENCE REQUEST ) | CR624-007, USA v. Cordell Cobb |
| ) | CR624-016, USA v. Brown |
| BRADLEY THOMPSON ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Bradley Thompson** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Bradley Thompson** be granted leave of absence for the following period: February 19, 2025; March 14, 2025; March 17, 2025; April 7, 2025; June 20, 2025; July 3, 2025 through July 14, 2025; November 24, 2025 through November 28, 2025; and December 22, 2025 through December 26, 2025.

**SO ORDERED**, this 5th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA